

IN THE
TENTH COURT OF APPEALS

No. 10-12-00196-CR

EX PARTE KEVIN JAMES KELCH

From the 249th District Court
Johnson County, Texas
Trial Court No. F33975-C

MEMORANDUM OPINION

A judgment was rendered against James Kevin Kelch on March 12, 2012. Kelch's notice of appeal was filed on June 4, 2012. The notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a). Therefore, this proceeding is dismissed for want of jurisdiction.

On June 13, 2012 we sent a notice to Kelch questioning our jurisdiction. On the same date, apparently realizing his notice of appeal was untimely, Kelch filed an unopposed motion to file an out of time appeal. This Court has no jurisdiction over an appeal where the notice of appeal is untimely. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Such

relief, if any, in this situation may be available pursuant to a writ of habeas corpus filed with the district court. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005); TEX. CONST. art. V, § 8; *Rodriguez v. Court of Appeals, Eighth Supreme Judicial Dist.*, 769 S.W.2d 554, 557-59 (Tex. Crim. App. 1989); *Parr v. State*, 206 S.W.3d 143, 145 (Tex. App.—Waco 2006, no pet.). Because we dismiss this proceeding for want of jurisdiction, Kelch's unopposed motion to file an out of time appeal is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Motion dismissed as moot
Opinion delivered and filed July 12, 2012
Do not publish
[CR25]